

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00198-CV

CAMERON APPRAISAL DISTRICT
v.
ELIDA L. ALFARO

On Appeal from the
357th District Court of Cameron County, Texas
Trial Court Cause No. 2016-DCL-5508

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

March 25, 2021